DANIEL J. BRODERICK, #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JUSTIN BARCELLOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUSTIN BARCELLOS, <br><br> Defendant. | NO. 1:07-cr-00227 LJO <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE HEARING DATE; ORDER <br><br> Date: November 30, 2007 <br> Time: 9:00 a.m. <br> Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that **the status conference hearing in the above-captioned matter now set for October 25, 2007, may be continued to November 30, 2007, at 9:00 A.M.**

This continuance is at the request of counsel for the defendant as she has not had the opportunity to review the evidence in the case. On October 18, 2007, counsel contacted the agent handling the matter and was informed that the forensic expert for Immigration and Customs Enforcement (ICE) has not yet completed his review of the computer hard drive. Once that review is complete, the hard drive will be formatted so that counsel can view the contents. The expert anticipates that he will be completed with his review the second week in November. Counsel for defendant will then arrange to review the hard drive. The review may take up to 8 hours over three days. Additionally, there are approximately 1,500 pages of discovery which the government has not yet finished reviewing and which will not be provided to counsel for defendant until completion of review by government counsel. Counsel for defendant intends to review

the original documents within the next ten days, but will then need time to obtain a copy of the documents in order to review them with her client.

Counsel anticipates that the discovery will have been reviewed and will be able to anticipate a motions schedule on the date being suggested for hearing.  The requested continuance will conserve time and resources for both parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: October 22, 2007             By: /s/  Sherrill A. Carvalho
                                         SHERRILL A. CARVALHO
                                         Assistant United States Attorney
                                         Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Public Defender

DATED: October 22, 2007             By: /s/   Francine Zepeda
                                         FRANCINE ZEPEDA
                                         Assistant Federal Defender
                                         Attorneys for Defendant
                                         Justin Barcellos

**O R D E R**

**Good cause exists for both the continuation and the exclusion of time.**  Time is hereby excluded pursuant to 18 U.S.C.  §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:    October 22, 2007**            /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing Date; [Proposed] Order                    -2-