DANIEL J. BRODERICK, #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JUSTIN BARCELLOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:07-cr-00227 LJO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING DATE;  ORDER |
| v. | |
| JUSTIN BARCELLOS, | Date:  July 3,  2008 |
| Defendant. | Time:  9:00 a.m. |
| | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that **the sentencing hearing in the above-captioned matter now set for June 20, 2008, may be continued to July 3, 2008, at 9:00 A.M.**

This continuance is at the request of counsel for the defendant.  Counsel needs additional time to complete a sentencing memorandum in this matter.  In drafting the sentencing memorandum, counsel is citing to a few voluminous exhibits and wants to include all of her client's background based on the lengthy sentence being recommended.  Counsel also needs time to review these matters with her client prior to the hearing.  Upon receipt of the defense memorandum, counsel for the government will thereafter need time to prepare a response for the court.  The requested continuance will conserve time and resources for both parties and the court.

///

Exclusion of time to complete sentencing is not required.

                                                  McGREGOR W. SCOTT
United States Attorney

DATED: June 17, 2008            By: /s/  Sherrill A. Carvalho
                                SHERRILL A. CARVALHO
                                Assistant United States Attorney
                                Attorney for Plaintiff


                                DANIEL J. BRODERICK
                                Federal Public Defender

DATED: June 17, 2008            By: /s/   Francine Zepeda
                                FRANCINE ZEPEDA
                                Assistant Federal Defender
                                Attorneys for Defendant
                                Justin Barcellos


## **O R D E R**

GOOD CAUSE EXISTS BASED ON THE REQUEST FOR THE CONTINUANCE. THE REQUEST IS GRANTED.

     IT IS SO ORDERED.

**Dated:   June 17, 2008**            /s/ Lawrence J. O'Neill
                                UNITED STATES DISTRICT JUDGE

Stipulation to Continue Sentencing
Hearing Date; [Proposed] Order                    -2-