```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  FRANCINE ZEPEDA, Bar #091175
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JUSTIN BARCELLOS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:07-cr-00227 LJO |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING HEARING DATE; ORDER |
| v. | ) | |
| JUSTIN BARCELLOS, | ) | Date: July 11, 2008 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that **the sentencing hearing in the above-captioned matter now set for July 3, 2008, may be continued to July 11, 2008, at 9:00 A.M.**

This continuance is at the request of counsel for the defendant.  Counsel needs additional time to complete a sentencing memorandum in this matter.  In drafting the sentencing memorandum, counsel is citing to a few voluminous exhibits and wants to include all of her client's background based on the lengthy sentence being recommended.  Counsel also needs time to review these matters with her client prior to the hearing.  Upon receipt of the defense memorandum, counsel for the government will thereafter need time to prepare a response for the court.  The requested continuance will conserve time and resources for both parties and the court.

///

1  Exclusion of time to complete sentencing is not required.

McGREGOR W. SCOTT
United States Attorney

DATED: June 17, 2008                    By:  /s/  Sherrill A. Carvalho
SHERRILL A. CARVALHO
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Public Defender

DATED: June 17, 2008                    By:  /s/   Francine Zepeda
FRANCINE ZEPEDA
Assistant Federal Defender
Attorneys for Defendant
Justin Barcellos

## **O R D E R**

GOOD CAUSE EXISTS FOR THE CONTINUANCE.  THE REQUEST IS GRANTED.

IT IS SO ORDERED.

**Dated:   June 24, 2008**              /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

Stipulation to Continue Sentencing
Hearing Date; [Proposed] Order                    -2-