DANIEL J. BRODERICK, #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JUSTIN BARCELLOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:07-cr-00227 LJO |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE SENTENCING HEARING DATE; ORDER |
| v. | ) ) | |
| JUSTIN BARCELLOS, | ) ) | Date: August 8, 2008 Time: 9:00 a.m. |
| Defendant. | ) ) ) | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that **the sentencing hearing in the above-captioned matter now set for July 11, 2008, may be continued to August 8, 2008, at 9:00 A.M.**

This continuance is at the request of counsel for the defendant. Counsel needs additional time to complete a sentencing memorandum in this matter. The requested continuance will conserve time and resources for both parties and the court.

///

///

///

///

///

Exclusion of time to complete sentencing is not required.

McGREGOR W. SCOTT
United States Attorney

DATED: July 9, 2008                    By:  /s/  Sherrill A. Carvalho
                                       SHERRILL A. CARVALHO
                                       Assistant United States Attorney
                                       Attorney for Plaintiff


                                       DANIEL J. BRODERICK
                                       Federal Public Defender

DATED: July 9, 2008                    By:  /s/   Francine Zepeda
                                       FRANCINE ZEPEDA
                                       Assistant Federal Defender
                                       Attorneys for Defendant
                                       Justin Barcellos

**O R D E R**

THE COURT IS AWARE OF DEFENSE COUNSEL'S REQUEST, AND FINDS GOOD CAUSE FOR THE REQUIRED EXTRA TIME.  THE REQUEST IS GRANTED.

IT IS SO ORDERED.

**Dated:    July 10, 2008**                    /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE