DANIEL J. BRODERICK, #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JUSTIN BARCELLOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:07-cr-00227 LJO |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING |
| | ) | HEARING DATE; ORDER |
| v. | ) | |
| | ) | |
| JUSTIN BARCELLOS, | ) | Date:   April 24,2009 |
| | ) | Time:  8:15 a.m. |
| Defendant. | ) | Judge: Hon. Lawrence J. O'Neill |
| | ) | |
| ———————————————— | ) | |

   **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

counsel, that **the sentencing hearing in the above-captioned matter now set for March 20, 2009, may**

**be continued to April 24, 2009, at 8:15 A.M.**

   This continuance is at the request of counsel for the defendant.  Due to a miscommunication,

counsel has not yet received the mental health evaluation of the defendant.  This report will assist the

Court by providing additional information for sentencing. Counsel for defendant expects the report to be

ready in two weeks.  Counsel for the government will thereafter need an additional two weeks to review

the report and have it analyzed.  The requested continuance allows for this review.

   The requested continuance will conserve time and resources for both parties and the court.

//

///

Exclusion of time to complete sentencing is not required.

LAWRENCE G. BROWN
Acting United States Attorney

DATED:  March 18, 2009          By:  /s/  Sheila K. Oberto
                                SHEILA K. OBERTO
                                Assistant United States Attorney
                                Attorney for Plaintiff


                                DANIEL J. BRODERICK
                                Federal Public Defender


DATED:  March 18, 2009          By:  /s/   Francine Zepeda
                                FRANCINE ZEPEDA
                                Assistant Federal Defender
                                Attorneys for Defendant
                                Justin Barcellos



## O R D E R

GOOD CAUSE EXISTS TO CONTINUE PURSUANT TO THE STIPULATION.

IT IS SO ORDERED.

**Dated:   March 18, 2009**          ___/s/ Lawrence J. O'Neill___
                                UNITED STATES DISTRICT JUDGE