| | |
|---|---|
| 1 | |
| 2 | |
| 3 | DANIEL J. BRODERICK, #89424 |
| 4 | Federal Defender<br>FRANCINE ZEPEDA, Bar #091175 |
| 5 | Assistant Federal Defender<br>Designated Counsel for Service |
| 6 | 2300 Tulare Street, Suite 330<br>Fresno, California 93721-2226 |
| 7 | Telephone: (559) 487-5561 |
| 8 | Attorney for Defendant<br>JUSTIN BARCELLOS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:07-cr-00227 LJO |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING |
| | ) | HEARING DATE; ORDER |
| v. | ) | |
| | ) | |
| JUSTIN BARCELLOS, | ) | Date: May 1, 2009 |
| | ) | Time: 8:15 a.m. |
| Defendant. | ) | Judge: Hon. Lawrence J. O'Neill |
| | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that **the sentencing hearing in the above-captioned matter now set for April 24, 2009, may be continued to May 1, 2009, at 8:15 A.M.**

This continuance is at the request of counsel for the defendant. When the previous stipulation to continue the hearing to April 24, 2009, was made, counsel for defendant inadvertently set it on a date on which she is scheduled to be out of the office and will not be available for court. Additionally, counsel for the government has prepared some items for defense counsel's review, and the continuance will give defense counsel time to review the items prior to the hearing. The requested continuance will allow for

continuity of counsel for defendant and will conserve time and resources for both parties and the court.

///

///

Exclusion of time to complete sentencing is not required.

                                            LAWRENCE G. BROWN
                                            Acting United States Attorney

DATED: April 20, 2009                 By: /s/ David Gappa
                                                  DAVID GAPPA
                                                  Assistant United States Attorney
                                                 Attorney for Plaintiff

                                            DANIEL J. BRODERICK
                                            Federal Public Defender

DATED: April 20, 2009                 By: /s/ Francine Zepeda
                                                 FRANCINE ZEPEDA
                                                 Assistant Federal Defender
                                                 Attorneys for Defendant
                                                 Justin Barcellos

## **O R D E R**

**Good Cause has been stated. Request for continuance is granted.**

       IT IS SO ORDERED.

**Dated: April 21, 2009**                 /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE